

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** United States of America ex rel. SHERMAN JOHNSON

**Defendant(s):** DONALD A. HULICK, et al.

**County of Residence:** RANDOLPH

**County of Residence:**

**Plaintiff's Address:**
Sherman Johnson
N-23009
Menard - MND
P.O. Box 711
Menard, IL 62259

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV3474
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE COLE

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** *Q. E. Woodham*  **Date:** 06/17/2008

FILED
JUN 17 2008 TC
JUN 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT