FILED

JUN 1 7 2008

Jun 17, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Sherman Johnson

v.

Defendant(s) State of Illinois

08CV3474
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE COLE

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Sherman Johnson, declare that I am the (check appropriate box)
   [X] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: The MacArthur Justice Center, miss Brigid Smigiel see exhibit (J). DLA PIPER, Miss Lisa Dewey see exhibit (H) Justice R. Eugene Pincham, retired see exhibit (I)

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Sherman Johnson_
Movant's Signature

P.O Box 711, Menard, IL, 62259
Street Address

_____
City/State/Zip

Date: 6-12-08

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | N/A | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | N/A | | |
| If case is still pending, please check box: | ☐ | | |

| Assigned Judge | N/A | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | N/A | | |
| If case is still pending, please check box: | ☐ | | |

| Assigned Judge | N/A | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | N/A | | |
| If case is still pending, please check box: | ☐ | | |

| Assigned Judge | N/A | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | N/A | | |
| If case is still pending, please check box: | ☐ | | |

### R. Eugene Pincham
### Attorney at Law
Former Judge Circuit Court Cook County
Retired Justice Illinois Appellate Court
9316 South Michigan Avenue
Chicago, Illinois 60619
(773) 568-7927
(773) 568-7938 (fax)

EXHIBIT (I)

December 18, 2007

Mr. Sherman Johnson
No. N-23009
Menard Correctional Center
P. O. Box 711
Menard, IL 62259

Dear Mr. Johnson:

I am in receipt of your letter of December 10, 2007. I have been ill and am currently in the hospital. Regretfully, I will be unable to comply with your request for my services.

Likewise, words are inadequate to describe the volume of letters that I receive from inmates in various penal institutions requesting my legal services, and the grief that I experience in being unable to render such services or to be of any assistance to them. Such requests from inmates have become so voluminous that I have been compelled to result to this form letter to respond and to inform inmates of my inability to comply with such requests.

I was admitted to the bar of the State of Illinois on June 18, 1951, and throughout my years of practice in the profession, I have never declined or refused to take a case because of any inability to pay a fee. I assure you that my declination of your request is in no way influenced or governed by your ability or inability to pay a fee.

I have been in this profession a long time and I am now, and have been for quite some time a senior citizen. My time, labors and energy are limited. I can no longer engage in the hustle and bustle of going to and from court, interviewing clients, inspecting crime scenes, reviewing reports, depositions, etc., and writing briefs, motions, etc.

Mr. Sherman Johnson
December 18, 2007
Page two

Thus, I have decided to limit my labors to only certain areas, and even then I am overworked and my plate is overflowing. I have decided to devote my time and energy to those cases that have some economical, social or political impact on my community as a whole, and even then, I am still overworked. And so, again, it is with deep and sincere regret that I must decline the request for my services.

Please permit me to admonish and advise you from the very depths of my heart, "Don't give in, don't give up, and don't give out." You, too, can use your talents and skills where you are, even though you may be institutionalized, to make this old world a better place.

I did not want to think that I was calloused or indifferent to your request and, thus, this letter. I hope, trust and pray that you will understand and accept my predicament and my declination of your request. I assure you that I will keep you uppermost in my prayers, and it is my sincere request of you that you keep me and my family uppermost in your prayers.

Sincerely,

*R. Eugene Pincham*

R. Eugene Pincham

REP/eh

**DLA PIPER**

DLA Piper US LLP
500 Eighth Street, N.W.
Washington, D.C. 20004
T 202.799.4000
F 202.799.5000
W www.dlapiper.com

ELIZABETH R. DEWEY
elizabeth.dewey@dlapiper.com
T 202.799.4505  F 202.799.5505

December 5, 2007

Mr. Sherman Johnson
Inmate No. N-23009
Menard Correctional Center
P.O. Box 711
Menard, IL 62259-0711

Re: Request For Pro Bono Assistance

Dear Mr. Johnson:

We are in receipt of your letter requesting pro bono assistance. DLA Piper attempts to provide legal assistance to as many individuals as possible, but, unfortunately, the demand for such representation far exceeds our ability to do so. While we appreciate your need for pro bono representation, we are unable at this time to provide such representation.

We wish you good luck in the future and encourage you to continue to seek pro bono representation from other firms.

Sincerely,

*Lisa Dewey*

Lisa Dewey

WASH1\4928473.1



*A program of the Bluhm Legal Clinic*

# The MacArthur Justice Center

EXHIBIT (J)

**LEGAL DIRECTOR AND CLINICAL ASSOCIATE PROFESSOR**
Locke E. Bowman
312.503.0844
l-bowman@law.northwestern.edu

**CLINICAL ASSOCIATE PROFESSOR**
Joseph Margulies
312.503.0890
j-margulies@law.northwestern.edu

**BOARD OF DIRECTORS**
Solange MacArthur
John R. MacArthur
James Liggett

**GENERAL COUNSEL**
David J. Bradford
One IBM Plaza
Suite 4400
Chicago, IL 60611
312.222.9350
djbradford@jenner.com

December 20, 2007

**PRIVILEGED & CONFIDENTIAL LEGAL MAIL**

Sherman Johnson, N23009
Monroe Correctional Center
P.O. Box 711
Monroe, IL 62259

Dear Mr. Johnson:

Thank you for your letter requesting pro bono assistance from The MacArthur Justice Center.

The MacArthur Justice Center is a public interest law firm that is devoted to litigating cases that may impact the operation of the criminal justice system. Because we have a small staff, we are not always able to provide assistance in individual cases and situations.

This is not to say that your case does not have merit. But because we have limited resources and select our cases with many factors in mind, it is not an issue that we can pursue at this time.

Thank you for writing. We wish you the best of luck.

Sincerely,

Brigid Smigiel
Legal Assistant

Northwestern University School of Law
357 East Chicago Avenue
Chicago, Illinois 60611-3069
312.503.1271; fax 312.503.1272
www.law.northwestern.edu