MHN

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>RECEIVED<br>ATTORNEY GENERAL<br>JUN 23 2008<br>OFFICE SRVCS<br>MAILROOM |
| 1. Article Addressed to:<br>08C 3474<br>Chief of Criminal Appeals<br>Illinois Attorney Generals Office<br>100 W. Randolph, 12th floor<br>Chicago, IL 60601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7312 6417 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

08cv3474

FILED
7-1-2008
JUL - 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT