# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3474 | **DATE** | 8/4/2008 |
| **CASE TITLE** | Sherman Johnson (N-23009) vs. Donald A. Hulick | | |

**DOCKET ENTRY TEXT**

Petitioner having paid the filing fee, Respondent is given until 09/04/08 to answer, move or otherwise plead to petitioner's petition for writ of habeas corpus. In the event the respondent answers petitioner's petition, petitioner is given until 10/06/08 to file his reply in further support of his petition. Should respondent move to dismiss, petitioner is given until 10/06/08 to file his response and respondent is given until 10/13/08 to file his reply in further support of his motion to dismiss. Status hearing set for 11/13/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|