IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America ex rel.   ) | |
|   SHERMAN JOHNSON,   ) | |
| ) | |
|                 Petitioner,   ) | |
| ) | |
|        v.   ) | No. 08 C 3474 |
| ) | |
| DONALD HULICK, Warden,   ) | |
|   Menard Correctional Center,   ) | The Honorable |
| ) | Samuel Der-Yeghiayan, |
|                 Respondent.   ) | Judge Presiding. |

## MOTION FOR EXTENSION OF TIME

On August 4, 2008, this Court ordered respondent to respond to Sherman Johnson's petition for writ of habeas corpus under 28 U.S.C. § 2254 on or before September 4, 2008. Respondent requests this Court to grant a 30-day extension of time to October 4, 2008, to file the response.

A supporting affidavit is attached to this motion for an extension of time.

September 2, 2008                                             Respectfully submitted,


                                                     LISA MADIGAN
                                                     Attorney General of Illinois

                     By:    s/Erica R. Seyburn
                            ERICA R. SEYBURN, Bar # 6287357
                            Assistant Attorney General
                            100 West Randolph Street, 12th Floor
                            Chicago, Illinois 60601
                            PHONE: (312) 814-2139
                            FAX: (312) 814-2253
                            E-MAIL: eseyburn@atg.state.il.us

State of Illinois        )
                         ) ss.
County of Cook       )

**AFFIDAVIT**

ERICA SEYBURN,, being first duly sworn upon oath, deposes and states as follows:

    1. That I am the Assistant Attorney General assigned to represent the respondent in this matter.

    2. That this is respondent's first request for an extension of time.

    3. That this extension is necessary, in part, to obtain the relevant state court documents, and to allow time for supervisors to edit the response.

    4. Based on the foregoing, respondent respectfully requests that this Honorable Court grant his motion for a 30-day extension of time to file his answer.

    FURTHER AFFIANT SAYETH NOT.


    _s/Erica Seyburn_____
    Erica Seyburn

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2008, I electronically filed respondent's **Motion for Extension of Time** and the accompanying **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system; and mailed the same by United States Postal Service to the following non-registered party:

    Sherman Johnson, #N23009
    Menard Correctional Center
    711 Kaskaskia St.
    P.O. Box 711
    Menard, IL 62259

                                    LISA MADIGAN
                                    Attorney General of Illinois

                By:    s/Erica Seyburn
                         ERICA SEYBURN, Bar No. 6287357
                         Assistant Attorney General
                         100 W. Randolph St., 12th Floor
                         Chicago, Illinois 60601-3218
                         Phone: (312) 814-2139
                         Fax: 312-814-2253
                         E-mail: eseyburn@atg.state.il.us