IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  SHERMAN JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 3474 |
| | ) | |
| DONALD HULICK, Warden, | ) | |
|   Menard Correctional Center, | ) | The Honorable |
| | ) | Samuel Der-Yeghiayan, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:    Sherman Johnson, #N23009
       Menard Correctional Center
       711 Kaskaskia St.
       P.O. Box 711
       Menard, IL 62259

PLEASE TAKE NOTICE that on September 9, 2008, at 9:00 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan, Room 1903, or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and present the attached MOTION FOR EXTENSION OF TIME.

LISA MADIGAN
Attorney General of Illinois

By:    s/Erica R. Seyburn
       ERICA R. SEYBURN, Bar # 6287357
       Assistant Attorney General
       100 West Randolph Street, 12th Floor
       Chicago, Illinois 60601
       PHONE: (312) 814-2139
       FAX: (312) 814-2253
       E-MAIL: eseyburn@atg.state.il.us